IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENNETH EUGENE CARTER,        )
                              )
        Plaintiff,            )
                              )
    v.                        )    CASE NO. 2:24-CV-500-WKW
                              )        [WO]
CHILTON COUNTY,               )
                              )
        Defendant.            )

## <u>ORDER</u>

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 16.) To the extent that Plaintiff's two filings, each styled as a "Motion for Relief" (Docs. # 19, 20), contain objections to the Recommendation, the court has reviewed them and, pursuant to 28 U.S.C. § 636(b), has conducted a *de novo* review of the record. Upon careful consideration, and for the reasons thoroughly explained in the well-reasoned Recommendation, Plaintiff's requests for declaratory or injunctive relief are barred by the abstention doctrine established in *Younger v. Harris*, 401 U.S. 37, 44–45 (1971), and no recognized exception to *Younger* abstention applies. Furthermore, any claims for damages are frivolous and fail to state a claim for relief. (*See* Doc. # 16.)

Accordingly, it is ORDERED as follows:

(1)    Plaintiff's Objections (Docs. # 19, 20) are OVERRULED;

(2)    The Recommendation of the Magistrate Judge (Doc. # 16) is ADOPTED; and

(3)    This action is DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915A.

Final judgment will be entered separately.

DONE this 19th day of May, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE